IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SEVEN OAKS LUMBER CO., LLC                                                                    PLAINTIFF

v.                                      Civil No. 1:10-cv-01036

REGIONS BANK                                                                                    DEFENDANT

## ORDER

      Before the Court is the Report and Recommendation filed October 7, 2010 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 16). Judge Bryant recommends that Defendant's Motion to Compel Arbitration (Doc. 5) be denied. The parties have not filed objections to this Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendant's Motion to Compel Arbitration (Doc. 5) is hereby **DENIED.**

      **IT IS SO ORDERED**, this 26th day of October, 2010.

                                                            /s/ Harry F. Barnes
                                                            Hon. Harry F. Barnes
                                                           United States District Judge